**Order entered January 28, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00026-CR

### HAXAN WALDELL PALMER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-58280-T**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. On January 21, 2020, the clerk's record was filed containing, among other things, the trial court's appointment of counsel. We **DIRECT** the Clerk to list J. Daniel Oliphant as counsel for appellant.

After reviewing the clerk's record, the Court has questions regarding our jurisdiction. Appellant pleaded not guilty. After the jury found appellant guilty, the State recommended and appellant agreed to a seven-year sentence in exchange, at least in part, for appellant waiving his right to appeal. On October 4, 2019, the trial court certified that appellant waived his right to appeal.

So the Court may determine the threshold issue of jurisdiction, we **DIRECT** appellant to file a letter brief regarding the jurisdictional question by **February 12, 2020.** The State may file its letter brief at any time before **February 24, 2020**. *Any party relying on information not before this Court must obtain a supplemental record containing that information.* After it has reviewed the jurisdictional briefs, the Court will either dismiss the appeal for want of jurisdiction or notify the parties by letter that the Court has jurisdiction over the appeal and of any pending deadlines.

/s/     CORY L. CARLYLE
JUSTICE